FILED
APR 25 2012
CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

UNITED STATES OF AMERICA

v.

RAUL ZARAGOZA-VAQUERO

CASE NO. 5:12-cr-19-OC-36TBS
Ct. 1: 17 U.S.C. § 506(a)(1)(A),
18 U.S.C. §§ 2319(b)(1) and 2
Forfeiture: 18 U.S.C. § 2323(b)

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

Beginning at a time unknown, but at least by August, 2007, and continuing until on or about April 20, 2012, in Sumter and St. Johns counties, Middle District of Florida, and elsewhere,

RAUL ZARAGOZA-VAQUERO,

the defendant herein, did willfully, and for the purpose of commercial advantage and private gain, infringe a copyright by reproducing and distributing, during a 180-day period, ten (10) or more phonorecords of one (1) or more copyrighted works, including, but not limited to: "Never Say Never", a music CD recorded by the artist "Justin Bieber"; "Born This Way", a music CD recorded by the artist "Lady Gaga"; "Love?", a music CD recorded by the artist "Jennifer Lopez"; "My World 2.0", a music CD recorded by the artist "Justin Bieber"; "Recovery", a

music CD recorded by the artist "Eminem"; "La Voz De La Juventud", a music CD recorded by the artist "Toby Love"; "Introducing", a music CD recorded by the artist "Henry Santos"; a music CD of compilations of the copyrighted works of the artist "Enrique Iglesias"; a music CD of compilations of the copyrighted works of the artist "Prince Royce"; and a compilation of the copyrighted works of the artist "Shakira", which have a total retail value of more than $2,500.00.

All in violation of Title 17, United States Code, Section 506(a)(1)(A) and Title 18, United States Code, Sections 2319(b)(1) and 2.

## FORFEITURES

1.  The allegations contained in Count One of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to the provision of Title 18, United States Code, Section 2323(b).

2.  From his engagement in the violations alleged in Count One of this Indictment, the defendant,

RAUL ZARAGOZA-VAQUERO,

shall forfeit to the United States of America all of his interest in the following:

    a.  any article, the making or trafficking of which is, prohibited under Section 506 of Title 17, or Section 2319b of this title;

    b.  any property used, or intended to be used, in any manner or part to commit or facilitate the commission of the offense; or

c. any property constituting or derived from any proceeds obtained directly, or indirectly as a result of the commission of the offense.

A TRUE BILL,

_____
Foreperson

ROBERT E. O'NEILL
United States Attorney

By: _____
RUSSELL C. STODDARD
Assistant United States Attorney

By: _____
MAC D. HEAVENER, III
Assistant United States Attorney
Deputy Chief, Jacksonville Division

# UNITED STATES DISTRICT COURT

Middle District of Florida
Ocala Division

THE UNITED STATES OF AMERICA

vs.

RAUL ZARAGOZA-VAQUERO

## INDICTMENT

Violations:

Count 1:  17 U.S.C. § 506(a)(1)(A) and 18 U.S.C. §§ 2319(b)(1) and 2

A true bill,

_____
Foreperson

Filed in open court this 25th day

of April, 2012.

Megan D. Chaddock
Deputy Clerk

Bail  $_____

GPO 863 525